B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Maryland, Baltimore Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eisner, Steven C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Eisner, Sara M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Sara Milstein** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6326** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0376** |
| Street Address of Debtor (No. and Street, City, and State):<br>**300 Kerneway**<br>**Baltimore, MD**          ZIP Code **21212** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3439 Guilford Terrace**<br>**Baltimore, MD**          ZIP Code **21218** |
| County of Residence or of the Principal Place of Business:<br>**Baltimore City** | County of Residence or of the Principal Place of Business:<br>**Baltimore City** |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |
|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ■<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                          **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Eisner, Steven C.**<br>**Eisner, Sara M.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Eisner, Steven C.**<br>**Eisner, Sara M.** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Steven C. Eisner**
Signature of Debtor  **Steven C. Eisner**

**X** **/s/ Sara M. Eisner**
Signature of Joint Debtor **Sara M. Eisner**

Telephone Number (If not represented by attorney)

**February 21, 2008**
Date

## Signature of Attorney*

**X** **/s/ Constance M. Hare - Bar No.**
Signature of Attorney for Debtor(s)

**Constance M. Hare - Bar No. 22512**
Printed Name of Attorney for Debtor(s)

**Mehlman, Greenblatt & Hare, LLC**
Firm Name

**723 South Charles Street**
**Suite LL3**
**Baltimore, MD 21230**

Address

**(410) 547-0300  Fax: (410) 547-7474**
Telephone Number

**February 21, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Steven C. Eisner**
       **Sara M. Eisner**                                          Case No. _____

                                              Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Steven C. Eisner**
                             **Steven C. Eisner**
Date:     **February 21, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Steven C. Eisner**
        **Sara M. Eisner**                                    Case No. _____
                                 Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Sara M. Eisner**
                                                  **Sara M. Eisner**
Date:      **February 21, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Steven C. Eisner,**
         **Sara M. Eisner**
                                                    ,
                                          Debtors

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 50,321.05 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 23,654.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 4,047,281.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,190.66 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,246.99 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 50,321.05 | | |
| Total Liabilities | | | | 4,070,935.22 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Steven C. Eisner,**
         **Sara M. Eisner**
                                                                    Case No. _____

_____ ,
                                    Debtors          Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Steven C. Eisner,**
 **Sara M. Eisner**

Case No. _____

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) | |

__0__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Steven C. Eisner,**                              Case No. _____

            **Sara M. Eisner**

_____ ,

                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---:|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&T Bank checking account ending in no. 9728 in the name of Steven Eisner and Sara Milstein** | **J** | **20.00** |
| | | **Suntrust checking account no. ending in no. 0194 in the name of Steven Eisner, Sara Milstein and Jane Eisner (balance shows debtors' 2/3 interest)** | **J** | **20.00** |
| | | **Randolph National Bank checking account ending in no. 9721 in the name of Steven Eisner** | **H** | **20.00** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit held by Craig D. Everhart** | **W** | **5,900.00** |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Table, 9 chairs, chest, cabinet, pool table, folding chairs, futon, 4 rugs, rug, 3 rugs, rug, desk, 6 end tables, couch, couch, loveseat, coffee table, chair, 2 chairs, ottoman, tapestry, 2 lanterns, knick knacks, bed, dresser, bed, antique loveseat (poor condition), 7 pillows, 6 lamps, 2 chairs, china/glassware, coffee maker/toaster, 3 small stereo, 2 dvds, phone, silver tea set, silver set, ipod** | **W** | **5,095.00** |
| | | **Laptop computer, small flatscreen tv** | **H** | **350.00** |
| | | **Kitchen table, 2 chairs, dining table wth 6 chairs, buffet, corner cabinet, sofa, partner's desk, grandfather's clock, hutch, two rugs, dry sink, cabinet, sectional, buffet, bedroom cabinet, 3 bureaus, day bed, knick knacks, 6 chairs, side table, ad clock, bed, stonewear, lenox plates, glassware, platters, utensils, camera** | **H** | **9,050.00** |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **15 framed prints, 100 books** | **W** | **850.00** |
| | | **4 paintings by local artists, umbrella poster, cooksbooks, books** | **H** | **1,500.00** |

                                                        Sub-Total >       **22,805.00**
                                                (Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven C. Eisner,**                                 Case No. _____
         **Sara M. Eisner,**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | 40 blouses, 10 pants, 12 dresses, 13 sweaters, 15 pair shoes, underwear, socks, bathing suits, 6 jackets, 3 coats, winter caps and gloves, | W | 750.00 |
| | | 12 suits, 3 sports jackets, 15 dress shirts, 6 pants, casual shirts, jeans, 12 pair shoes, 2 winter coats, 3 jackets, raincoat | H | 800.00 |
| 7. Furs and jewelry. | | 1 string freshwater pearls, 1 string dark pearls, small diamond clasp earrings, dangly earrings, gold necklace with 3 small diamonds, glass beads, garnet flower pin, silver necklace, garnet earrings, costume jewelry | W | 1,200.00 |
| | | Gold cufflinks | H | 150.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Federal Insurance Company renter's insurance policy no. 13226881-01 (no cash value) | W | 0.00 |
| | | CM Life Insurance policy no. 6,269,308 (no cash value) | H | 0.00 |
| | | CM Life Insurance policy no. 6,269,312 (no cash value) | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Calvert Investment IRA account  8668-4749 | W | 12,048.29 |
| | | Calvert Investment IRA account 4342-4242 | H | 1,827.76 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

                                            Sub-Total >      **16,776.05**
                                            (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Steven C. Eisner,**                             Case No. _____
        **Sara M. Eisner**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Volvo 240 w/110k miles (value per Brentwood Auto)** | H | 875.00 |

Sub-Total >      **875.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven C. Eisner,**                Case No. _____
        **Sara M. Eisner**

                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2004 Honda CRV w/80k miles (vehicle titled in Steven Eisner's name but all payments and expenses paid by Jane Eisner, the debtor's daughter) (value per Kelley Blue Book)** | **H** | **8,865.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desktop computer, laptop computer, fax machine, printer** | **W** | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

| | |
|---|---|
| Sub-Total > | **9,865.00** |
| (Total of this page) | |
| Total > | **50,321.05** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Steven C. Eisner,**          Case No. _____
        **Sara M. Eisner**
_____ ,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| M&T Bank checking account ending in no. 9728 in the name of Steven Eisner and Sara Milstein | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 20.00 | 20.00 |
| Randolph National Bank checking account ending in no. 9721 in the name of Steven Eisner | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 20.00 | 20.00 |
| **Household Goods and Furnishings** | | | |
| Kitchen table, 2 chairs, dining table wth 6 chairs, buffet, corner cabinet, sofa, partner's | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 200.00 | 9,050.00 |
| desk, grandfather's clock, hutch, two rugs, dry sink, cabinet, sectional, buffet, bedroom | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 630.00 | |
| cabinet, 3 bureaus, day bed, knick knacks, 6 chairs, side table, ad clock, bed, stonewear, lenox plates, glassware, platters, utensils, camera | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 440.00 | |
| **Wearing Apparel** | | | |
| 12 suits, 3 sports jackets, 15 dress shirts, 6 pants, casual shirts, jeans, 12 pair shoes, 2 winter coats, 3 jackets, raincoat | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| Gold cufflinks | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 150.00 | 150.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Calvert Investment IRA account 4342-4242 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) | 1,827.76 | 1,827.76 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1993 Volvo 240 w/110k miles (value per Brentwood Auto) | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 875.00 | 875.00 |
| 2004 Honda CRV w/80k miles (vehicle titled in Steven Eisner's name but all payments and | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 4,495.00 | 8,865.00 |
| expenses paid by Jane Eisner, the debtor's daughter) (value per Kelley Blue Book) | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 4,370.00 | |
| | | | |
| Total: | | 13,827.76 | 21,607.76 |

__1__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Steven C. Eisner,**                                      Case No. _____
        **Sara M. Eisner**
_____ ,
                                    Debtors
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Suntrust checking account no. ending in no. 0194 in the name of Steven Eisner, Sara Milstein and Jane Eisner (balance shows debtors' 2/3 interest)** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **20.00** | **20.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit held by Craig D. Everhart** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **5,900.00** | **5,900.00** |
| **Household Goods and Furnishings** | | | |
| **Table, 9 chairs, chest, cabinet, pool table, folding chairs, futon, 4 rugs, rug, 3 rugs, rug, desk, 6 end tables, couch, couch, loveseat, coffee table, chair, 2 chairs, ottoman, tapestry, 2 lanterns, knick knacks, bed, dresser, bed, antique loveseat (poor condition), 7 pillows, 6 lamps, 2 chairs, china/glassware, coffee maker/toaster, 3 small stereo, 2 dvds, phone, silver tea set, silver set, ipod** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** / **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** / **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)** | **250.00** / **80.00** / **4,765.00** | **5,095.00** |
| **Wearing Apparel** | | | |
| **40 blouses, 10 pants, 12 dresses, 13 sweaters, 15 pair shoes, underwear, socks, bathing suits, 6 jackets, 3 coats, winter caps and gloves,** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | **750.00** | **750.00** |
| **Furs and Jewelry** | | | |
| **1 string freshwater pearls, 1 string dark pearls, small diamond clasp earrings, dangly earrings, gold necklace with 3 small diamonds, glass beads, garnet flower pin, silver necklace, garnet earrings, costume jewelry** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)** | **235.00** | **1,200.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Calvert Investment IRA account  8668-4749** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | **12,048.29** | **12,048.29** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Desktop computer, laptop computer, fax machine, printer** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1)** | **1,000.00** | **1,000.00** |
| | Total: | **25,048.29** | **26,013.29** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07)

In re **Steven C. Eisner,**  Case No. _____
     **Sara M. Eisner**

                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **_0_** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | **0.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **Steven C. Eisner,**                                                                    Case No. _____
     **Sara M. Eisner,**

_____,
                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

            **1**     continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Steven C. Eisner,**
        **Sara M. Eisner**

Case No. _____

Debtors                          ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 income taxes | | | | | |
| Internal Revenue Service Centralized Insolvency Office P.O. Box 21126 Philadelphia, PA 19114-0326 | | W | | | | | | 0.00 |
| | | | | | | | 20,100.00 | 20,100.00 |
| Account No. | | | 2007 income taxes | | | | | |
| Internal Revenue Service Centralized Insolvency Office P.O. Box 21126 Philadelphia, PA 19114-0326 | | H | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | 2007 income taxes | | | | | |
| State of Maryland Comptroller of Maryland Revenue Administration Division Annapolis, MD 21411-0001 | | W | | | | | | 0.00 |
| | | | | | | | 3,554.00 | 3,554.00 |
| Account No. | | | 2007 income taxes | | | | | |
| State of Maryland Comptroller of Maryland Revenue Administration Division Annapolis, MD 21411-0001 | | H | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 23,654.00 | 23,654.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 23,654.00 | 23,654.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **Steven C. Eisner,**
      **Sara M. Eisner**                                             Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Academy Collection for Mastercard**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154** | X | H | Obligation of Eisner Communications for which debtor may be personally liable | | | | 5,330.15 |
| Account No. <br><br>**Adelberg, Rudow, Dorf & Hendler**<br>**7 St. Paul Street, Suite 600**<br>**Baltimore, MD 21202** | | H | | | | | 1,250.00 |
| Account No. xxxx6719 <br><br>**America Honda Finance**<br>**8601 McAlpine Park Drive**<br>**Suite 230**<br>**Charlotte, NC 28211** | | H | | | | | 174.00 |
| Account No. X56977529 <br><br>**American Radiology Associates**<br>**P.O. Box 17513**<br>**Baltimore, MD 21297-1513** | | W | | | | | 30.00 |

  __16__  continuation sheets attached

                                                  Subtotal                6,784.15<br>                                        (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                S/N:21326-080129    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**
      **Sara M. Eisner**

Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Radiology Associates**<br>**c/o R&R Professional Recovery**<br>**P.O. Box 21575**<br>**Baltimore, MD 21282** | X | J | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 1,396.80 |
| Account No.<br><br>**Anthony Abbonhandolo, Ph.D.**<br>**1101 St. Paul Street, Suite 406**<br>**Baltimore, MD 21202** | | H | | | | | 2,000.00 |
| Account No.<br><br>**Arnold Milstein**<br>**2750 Broadway**<br>**San Francisco, CA 94115** | | W | Personal loan | | | | 6,900.00 |
| Account No.<br><br>**Arnold Milstein**<br>**2750 Broadway**<br>**San Francisco, CA 94115** | | W | Personal loan | | | | 5,000.00 |
| Account No.<br><br>**Audi Financial**<br>**P.O. Box 17497**<br>**Baltimore, MD 21297-1497** | | H | Lease obligation | | | | 11,577.00 |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,873.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven C. Eisner,**
       **Sara M. Eisner**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Avaya<br>Customer Care Center<br>3795 Data Drive<br>Norcross, GA 30092** | X | H | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 13,808.80 |
| Account No.<br><br>**Bagby Development, LLC<br>1040 Hull Street, Suite 200<br>Baltimore, MD 21230** | X | H | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 1,000,000.00 |
| Account No. **xxxx-xxxx-xxxx-7975**<br><br>**Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726** | | W | | | | | | 46,608.00 |
| Account No. **4464-2804-7304-1318**<br><br>**Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726** | | W | | | | | | 11,495.80 |
| Account No. **3355364192**<br><br>**BG&E<br>c/o Alliance One<br>P.O. Box 3102<br>Southeastern, PA 19398-3102** | | H | | | | | | 1,041.31 |

Sheet no. __**2**___ of __**16**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,072,953.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**
       **Sara M. Eisner**
                                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5291 4922 7769 9647** | | | | | | | | |
| **Capital One** P.O. Box 70884 Charlotte, NC 28272-0884 | | J | | | | | | 8,499.53 |
| Account No. | | | | Obligation of Eisner Communications for which debtor may be personally liable | | | | |
| **Carrollton Bank** P.O. Box 24129 Halethorpe, MD 21227 | X | J | | | | | X | 1,212,712.47 |
| Account No. 4428-1355-2804-0165 | | | | | | | | |
| **Choice Visa** P.O. Box 183055 Columbus, OH 43218-3055 | | J | | | | | | 18,533.00 |
| Account No. | | | | | | | | |
| **Chubb Insurance** P.O. Box 7247-0180 Philadelphia, PA 19170 | | J | | | | | | 9,657.00 |
| Account No. 5491 1303 5213 5891 | | | | | | | | |
| **Citi AT&T Universal Card** P.O. Box 183059 Columbus, OH 43218-3059 | | H | | | | | | 5,474.00 |

Sheet no. __**3**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,254,876.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**
       **Sara M. Eisner**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5424-1807-4391-4357**<br><br>**Citibank**<br>**c/o Encore Receivable Management**<br>**P.O. Box 7000**<br>**Olathe, KS 66063-0700** | | H | | | | | **4,554.00** |
| Account No. **7707551664**<br><br>**Citibank, N.A.**<br>**P.O. Box 790110**<br>**Saint Louis, MO 63179-0110** | | J | **Deficiency arising from sale of 207 Longwood Road, Baltimore, MD 21210** | | | | **53,408.00** |
| Account No. **5424-1807-4391-4357**<br><br>**Citicard**<br>**P.O. Box 183059**<br>**Columbus, OH 43218-4357** | | H | | | | | **4,059.87** |
| Account No.<br><br>**City of Baltimore**<br>**Parking Fines Division**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** | X | H | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | **119.00** |
| Account No.<br><br>**City of Baltimore/Director of Finance**<br>**c/o Linebarger Goggan Blair & Sampson**<br>**10 N. Calvert Street, Suiet 253**<br>**Baltimore, MD 21202** | X | H | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | **800.00** |

Sheet no. **4** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,940.87**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**
    **Sara M. Eisner**

Case No. _____

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** | X | J | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 114,469.50 |
| Account No.<br><br>**Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** | X | J | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 55,599.17 |
| Account No.<br><br>**Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** | X | J | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 18,759.50 |
| Account No.<br><br>**Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** | X | J | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 11,452.05 |
| Account No.<br><br>**Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** | X | J | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 5,355.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

205,635.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**
    **Sara M. Eisner**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Obligation of Eisner Communications for which debtor may be personally liable | | | | |
| Comscore Networks, Inc. c/o D&S Ltd. 231 E. Main Street, Suite 240 Lockhart, TX 78644 | X | H | | | | | X | |
| | | | | | | | | 22,500.00 |
| Account No. | | | | Obligation of Eisner Communications for which debtor may be personally liable | | | | |
| David M. Petrou 2810 R Street, NW Washington, DC 20007 | X | H | | | | | X | |
| | | | | | | | | 160,000.00 |
| Account No. | | | | | | | | |
| Dr. Leon Katz 6210 Park Heights Avenue Baltimore, MD 21215 | | H | | | | | | |
| | | | | | | | | 1,450.00 |
| Account No. | | | | Obligation of Eisner Communications for which debtor may be personally liable | | | | |
| Equipment Leasing Company c/o Marc Seldin Rosen, Esquire 26 South Street Baltimore, MD 21202 | X | H | | | | | X | |
| | | | | | | | | Unknown |
| Account No. **V00302839944** | | | | | | | | |
| GBMC P.O. Box 630716 Baltimore, MD 21263-0716 | | W | | | | | | |
| | | | | | | | | 1,386.92 |

Sheet no. **6** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

185,336.92

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**        Case No. _____
      **Sara M. Eisner**

                                          Debtors        ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **ST207170720M0** <br><br> **GBMC** <br> **c/o Bank of America** <br> **P.O. Box 631568** <br> **Baltimore, MD 21263-1568** | | **W** | | | | | | **200.00** |
| Account No. <br><br> **GW The Hatchet** <br> **2140 G Street NW** <br> **Washington, DC 20052** | **X** | **H** | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | **X** | **1,489.60** |
| Account No. <br><br> **Harris Corp.** <br> **Broadcast Division** <br> **P.O. Box 96776** <br> **Chicago, IL 60693** | **X** | **H** | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | **X** | **31.27** |
| Account No. **67136689** <br><br> **HSBC Retail Services** <br> **P.O. Box 5244** <br> **Carol Stream, IL 60197** | | | **J** | | | | | **1,358.39** |
| Account No. <br><br> **Independent Newspapers Inc.** <br> **P.O. Box 46580** <br> **Mount Clemens, MI 48046** | **X** | **H** | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | **X** | **450.00** |

Sheet no. \_\_**7**\_\_ of \_\_**16**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal       **3,529.26**
                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven C. Eisner,**
      **Sara M. Eisner**
                                              Debtors

Case No. _____

,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Jupiter Images**<br>**c/o Metrogroup**<br>**61 Broadway, Suite 1410**<br>**New York, NY 10006** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 649.90 |
| Account No.  **EISST000**<br><br>**Leonard Hertzberg, MD, PA**<br>**1314 Bedford Avenue, Suite 109**<br>**Pikesville, MD 21208** | | H | | | | | | 465.00 |
| Account No.  **12044422572796001**<br><br>**M&T Bank**<br>**P.O. Box 62157**<br>**Baltimore, MD 21264-2157** | | | J | Line of Credit | | | | 32,122.17 |
| Account No.  **xxxx-xxxx-xxxx-8440**<br><br>**M&T Bank, N.A.**<br>**1100 Wehrle Drive**<br>**Buffalo, NY 14221-7748** | | | J | | | | | 31,752.00 |
| Account No.  **xxxxxxxx1120**<br><br>**Macy's**<br>**9111 Duke Blvd.**<br>**Mason, OH 45040-8999** | | H | | | | | | 1,952.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
           (Total of this page)           **66,941.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven C. Eisner,**                                      Case No. _____
         **Sara M. Eisner**

_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Mutual of Omaha** <br>**Mutual of Omaha Plaza** <br>**Omaha, NE 68175** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 24,576.56 |
| Account No. **xxxxx1028** <br><br>**Nordstrom FSB** <br>**P.O. Box 13589** <br>**Scottsdale, AZ 85267** | | J | | | | | | 2,649.00 |
| Account No. <br><br>**Paetec** <br>**c/o McCarther, Burgess & Wolff** <br>**26000 Cannon Road** <br>**Bedford, OH 44146** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 3,717.49 |
| Account No. <br><br>**Penn Credit Corp.** <br>**P.O. Box 988** <br>**Harrisburg, PA 17108** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 351.88 |
| Account No. **2588077** <br><br>**Physicians Anes. Associates, PA** <br>**P.O. Box 64370** <br>**Baltimore, MD 21264-0437** | | W | | | | | | 118.00 |

Sheet no. __9___ of __16___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          31,412.93

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**
        **Sara M. Eisner**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Pitney Bowes** 2225 American Drive Neenah, WI 54956 | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 1,407.15 |
| Account No. **893582-1** **R&R Professional Recovery** P.O. Box 21575 Baltimore, MD 21282-1575 | | W | | | | | | 1,396.80 |
| Account No. **867621** **R&R Professional Recovery** P.O. Box 21575 Baltimore, MD 21282-1575 | | W | | | | | | 64.50 |
| Account No. **k26313** **R&R Professional Recovery** P.O. Box 21575 Baltimore, MD 21282-1575 | | W | | | | | | 200.00 |
| Account No. **SAKS** P.O. Box 10327 Jackson, MS 39289 | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 1,484.95 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,553.40

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**
**Sara M. Eisner**                                                               Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx-xxxxxx6689 **Saks Fifth Avenue** **12 E. 49th Street** **New York, NY 10017-1028** | | H | | | | | | 1,358.00 |
| Account No. 6486-m002 **Snyder, Cohen, Collyer, Hamilton & Assoc** **4520 East West Highway** **Suite 520** **Bethesda, MD 20814** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 1,452.00 |
| Account No. **Snyder, Cohen, Collyer, Hamilton & Assoc** **4520 East West Highway** **Suite 520** **Bethesda, MD 20814** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 11,212.50 |
| Account No. **Snyder, Cohen, Collyer, Hamilton & Assoc** **4520 East West Highway** **Suite 520** **Bethesda, MD 20814** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 2,798.71 |
| Account No. **Snyder, Cohen, Collyer, Hamilton & Assoc** **4520 East West Highway** **Suite 520** **Bethesda, MD 20814** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 3,508.03 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 20,329.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven C. Eisner,**
      **Sara M. Eisner**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Sonitrol**<br>**P.O. Box 660777**<br>**Dallas, TX 75266** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 88.36 |
| Account No.<br><br>**Standard Coffee**<br>**c/o AG Adjustments**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 1,657.01 |
| Account No. **xxx7439**<br><br>**State of MD Central Collection Unit**<br>**Re: Maryland State Lottery**<br>**300 West Preston Street**<br>**Baltimore, MD 21201** | | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 452,625.03 |
| Account No.<br><br>**State of MD Central Collection Unit**<br>**Re: Morgan State University**<br>**300 West Preston Street**<br>**Baltimore, MD 21201** | | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 506,306.67 |
| Account No.<br><br>**Susan Grant, Ph.D.**<br>**Joppa Green, Suite 330**<br>**2324 West Joppa Road**<br>**Lutherville Timonium, MD 21093** | | W | | | | | | 240.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

960,917.07

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**  
  **Sara M. Eisner**  
                                                                    Case No. _____

_____,  
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**T Mobile**<br>**c/o Valentine & Kebartas, Inc.**<br>**P.O. Box 325**<br>**Lawrence, MA 01842** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | X | | 467.54 |
| Account No.<br><br>**The Baltimore Sun**<br>**P.O. Box 1013**<br>**Baltimore, MD 21203** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 4,700.00 |
| Account No.<br><br>**The Baltimore Sun**<br>**P.O. Box 1013**<br>**Baltimore, MD 21203** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 7,124.00 |
| Account No.<br><br>**The Mill**<br>**451 Broadway, 5th/6th Floor**<br>**New York, NY 10013** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 614.40 |
| Account No.<br><br>**The Mill**<br>**451 Broadway, 5th/6th Floor**<br>**New York, NY 10013** | X | H | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 1,176.45 |

Sheet no. __13__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)            14,082.39

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**  Case No. _____
 **Sara M. Eisner**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **The Mill 451 Broadway, 5th/6th Floor New York, NY 10013** | X | H | | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 3,740.00 |
| Account No. **The Mill 451 Broadway, 5th/6th Floor New York, NY 10013** | X | H | | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 110.00 |
| Account No. **The Mill 451 Broadway, 5th/6th Floor New York, NY 10013** | X | H | | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | 135.00 |
| Account No. **The Mill & Beam TV 40-41 Great Marlborough Street London W1F7JQ England** | X | H | | | Obligation of Eisner Communications for which debtor may be personally liable | | | X | **Unknown** |
| Account No. **The Park School P.O. Box 8200 Brooklandville, MD 21022** | | J | | | | | | | 14,283.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    18,268.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Eisner,**                            Case No. _____
         **Sara M. Eisner**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Obligation of Eisner Communications for which debtor may be personally liable | | | | |
| **The Weather Channel Interactive** **P.O. Box 101634** **Atlanta, GA 30392** | X | H | | | | | | X | 9,999.99 |
| Account No. | | | | | Obligation of Eisner Communications for which debtor may be personally liable | | | | |
| **The Weather Channel Interactive** **P.O. Box 101634** **Atlanta, GA 30392** | X | H | | | | | | X | 21,999.97 |
| Account No. 29106719 | | | | | | | | | |
| **University Fidelity** **P.O. Box 941911** **Houston, TX 77094-8911** | | H | | | | | | | 174.17 |
| Account No. xxxxx3861 | | | | | | | | | |
| **Verizon Maryland Inc.** **P.O. Box 165018** **Columbus, OH 43216-5018** | | H | | | | | | | 139.00 |
| Account No. | | | | | Obligation of Eisner Communications for which debtor may be personally liable | | | | |
| **Verizon South** **c/o KCA Financial Services** **628 North Street** **P.O. Box 53** **Geneva, IL 60134** | X | H | | | | | | X | 633.61 |

Sheet no. __15__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      32,946.74

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re　**Steven C. Eisner,**　　　　　　　　　　　　　　Case No. _____
　　　　**Sara M. Eisner**
_____,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WDCW-TV and WBDC-TV**<br>**c/o Weinstock, Friedman & Friedman**<br>**4 Reservoir Circle**<br>**Pikesville, MD 21208** | X | H | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 34,374.00 |
| Account No.<br><br>**WDMN-FM**<br>**Telesouth Communications**<br>**6311 Ridgewood Road**<br>**Jackson, MS 39211** | X | H | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 569.50 |
| Account No.<br><br>**WTTA**<br>**7622 Bald Cypress Place**<br>**Tampa, FL 33614** | X | H | | **Obligation of Eisner Communications for which debtor may be personally liable** | | | X | 43,956.75 |
| Account No.<br><br><br><br> | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 78,900.25 |
| Total (Report on Summary of Schedules) | 4,047,281.22 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re     **Steven C. Eisner,**                                         Case No. _____
           **Sara M. Eisner**

                                                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Craig D. Everhart**<br>**9900 Vienna Place**<br>**Dulles, VA 20189** | **Lease dated 6/1/07 by and between Craig D. Everhart and Miriam F. Everhart, landlords, and Sara Milstein, tenant, for the leasing of 3439 Guilford Terrace, Baltimore, MD 21218** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re   **Steven C. Eisner,**                                       Case No. _____
        **Sara M. Eisner**

_____,
                             Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Bagby Development, LLC**<br>**1040 Hull Street, Suite 200**<br>**Baltimore, MD 21230** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Equipment Leasing Company**<br>**c/o Marc Seldin Rosen, Esquire**<br>**26 South Street**<br>**Baltimore, MD 21202** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **David M. Petrou**<br>**2810 R Street, NW**<br>**Washington, DC 20007** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Academy Collection for Mastercard**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **American Radiology Associates**<br>**c/o R&R Professional Recovery**<br>**P.O. Box 21575**<br>**Baltimore, MD 21282** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Avaya**<br>**Customer Care Center**<br>**3795 Data Drive**<br>**Norcross, GA 30092** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Carrollton Bank**<br>**P.O. Box 24129**<br>**Halethorpe, MD 21227** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **City of Baltimore**<br>**Parking Fines Division**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **City of Baltimore/Director of Finance**<br>**c/o Linebarger Goggan Blair & Sampson**<br>**10 N. Calvert Street, Suiet 253**<br>**Baltimore, MD 21202** |

**4**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re    **Steven C. Eisner,**                 Case No. _____
       **Sara M. Eisner**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Comcast Spotlight**<br>**P.O. Box 8500-52986**<br>**Philadelphia, PA 19178** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Comscore Networks, Inc.**<br>**c/o D&S Ltd.**<br>**231 E. Main Street, Suite 240**<br>**Lockhart, TX 78644** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **GW The Hatchet**<br>**2140 G Street NW**<br>**Washington, DC 20052** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Harris Corp.**<br>**Broadcast Division**<br>**P.O. Box 96776**<br>**Chicago, IL 60693** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Independent Newspapers Inc.**<br>**P.O. Box 46580**<br>**Mount Clemens, MI 48046** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Jupiter Images**<br>**c/o Metrogroup**<br>**61 Broadway, Suite 1410**<br>**New York, NY 10006** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re    **Steven C. Eisner,**                                     Case No. _____

            **Sara M. Eisner**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Mutual of Omaha**<br>**Mutual of Omaha Plaza**<br>**Omaha, NE 68175** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Paetec**<br>**c/o McCarther, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Penn Credit Corp.**<br>**P.O. Box 988**<br>**Harrisburg, PA 17108** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **SAKS**<br>**P.O. Box 10327**<br>**Jackson, MS 39289** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Snyder, Cohen, Collyer, Hamilton & Assoc**<br>**4520 East West Highway**<br>**Suite 520**<br>**Bethesda, MD 20814** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Snyder, Cohen, Collyer, Hamilton & Assoc**<br>**4520 East West Highway**<br>**Suite 520**<br>**Bethesda, MD 20814** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Snyder, Cohen, Collyer, Hamilton & Assoc**<br>**4520 East West Highway**<br>**Suite 520**<br>**Bethesda, MD 20814** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Snyder, Cohen, Collyer, Hamilton & Assoc**<br>**4520 East West Highway**<br>**Suite 520**<br>**Bethesda, MD 20814** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Sonitrol**<br>**P.O. Box 660777**<br>**Dallas, TX 75266** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re    **Steven C. Eisner,**    Case No. _____
    **Sara M. Eisner,**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Standard Coffee**<br>**c/o AG Adjustments**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **T Mobile**<br>**c/o Valentine & Kebartas, Inc.**<br>**P.O. Box 325**<br>**Lawrence, MA 01842** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Baltimore Sun**<br>**P.O. Box 1013**<br>**Baltimore, MD 21203** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Baltimore Sun**<br>**P.O. Box 1013**<br>**Baltimore, MD 21203** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Mill**<br>**451 Broadway, 5th/6th Floor**<br>**New York, NY 10013** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Mill**<br>**451 Broadway, 5th/6th Floor**<br>**New York, NY 10013** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Mill**<br>**451 Broadway, 5th/6th Floor**<br>**New York, NY 10013** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Mill**<br>**451 Broadway, 5th/6th Floor**<br>**New York, NY 10013** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Mill**<br>**451 Broadway, 5th/6th Floor**<br>**New York, NY 10013** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Mill & Beam TV**<br>**40-41 Great Marlborough Street**<br>**London W1F7JQ England** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Steven C. Eisner,**                                  Case No. _____
        **Sara M. Eisner**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Weather Channel Interactive**<br>**P.O. Box 101634**<br>**Atlanta, GA 30392** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **The Weather Channel Interactive**<br>**P.O. Box 101634**<br>**Atlanta, GA 30392** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **Verizon South**<br>**c/o KCA Financial Services**<br>**628 North Street**<br>**P.O. Box 53**<br>**Geneva, IL 60134** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **WDCW-TV and WBDC-TV**<br>**c/o Weinstock, Friedman & Friedman**<br>**4 Reservoir Circle**<br>**Pikesville, MD 21208** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **WDMN-FM**<br>**Telesouth Communications**<br>**6311 Ridgewood Road**<br>**Jackson, MS 39211** |
| **Eisner Communications, Inc.**<br>**c/o Steve Eisner**<br>**300 Kerneway**<br>**Baltimore, MD 21212** | **WTTA**<br>**7622 Bald Cypress Place**<br>**Tampa, FL 33614** |

Sheet  **4**  of  **4**  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Steven C. Eisner**
        **Sara M. Eisner**                                       Case No. _____

                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S): **Daughter** | AGE(S): **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | **YMCA of Central Maryland, Inc.** |
| How long employed | | |
| Address of Employer | | **20 S. Charles Street, 6th Floor Baltimore, MD 21201** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 10,833.33 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 10,833.33 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 3,270.22 |
|     b. Insurance | $ | 0.00 | $ | 372.45 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 3,642.67 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 7,190.66 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 7,190.66 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 7,190.66 |

                                     (Report also on Summary of Schedules and, if applicable, on
                                     Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Steven C. Eisner**
        **Sara M. Eisner**                           Case No. _____
                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

     Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

■    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,535.00 |
|    a. Are real estate taxes included? | Yes ___ | No **X** | |
|    b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 0.00 |
|             b. Water and sewer | | $ | 0.00 |
|             c. Telephone | | $ | 175.00 |
|             d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 450.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 60.00 |
| 7. Medical and dental expenses | | $ | 200.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 200.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|        a. Homeowner's or renter's | | $ | 0.00 |
|        b. Life | | $ | 0.00 |
|        c. Health | | $ | 0.00 |
|        d. Auto | | $ | 0.00 |
|        e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|      (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|        a. Auto | | $ | 681.99 |
|        b. Other | | $ | 0.00 |
|        c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
|    Other | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 3,701.99 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | | $ | 7,190.66 |
| b.   Average monthly expenses from Line 18 above | | $ | 9,246.99 |
| c.   Monthly net income (a. minus b.) | | $ | -2,056.33 |

**B6J (Official Form 6J) (12/07)**

In re    **Steven C. Eisner**
      **Sara M. Eisner**                    Case No. _____

                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

### (Spouse's Schedule)

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,200.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|            b. Water and sewer | $ | 0.00 |
|            c. Telephone | $ | 220.00 |
|            d. Other   **Cable/internet** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 650.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 48.00 |
|            b. Life | $ | 187.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 720.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|            a. Auto | $ | 0.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,545.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Steven C. Eisner**
      **Sara M. Eisner**                     Case No. _____

                                   Debtor(s)          Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**38**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 21, 2008**             Signature    **/s/ Steven C. Eisner**
                                                 **Steven C. Eisner**
                                               Debtor

Date   **February 21, 2008**             Signature    **/s/ Sara M. Eisner**
                                                 **Sara M. Eisner**
                                               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re     **Steven C. Eisner**
          **Sara M. Eisner**                                           Case No. _____

                                              Debtor(s)            Chapter     **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $130,000.00 | **2007 income for Sara Eisner** |
| $262,359.00 | **2006 total income** |
| $387,345.00 | **2005 total income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bagby Development, LLC v. Steven Eisner and Eisner Communications; case no. 24-C-07-000142-CN** | **Breach of lease and guaranty** | **Circuit Court for Baltimore City** | |
| **Petrou v. Eisner Communications, Steven Eisner and Sara Eisner; case no. 1:06CV02159** | **Breach of contract** | **U.S. District Court for the District of Columbia** | **Judgment entered against Steven Eisner; dismissed without prejudice as to Sara Eisner** |
| **Carrolton Bank v. Steven Eisner and Sara Eisner; Case no. 24-C-07-3963** | **Breach of contract** | **Circuit Court for Baltimore City** | **Summary judgment entered on 7/27/07** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Equipment Leasing Co. v. Eisner Communications and Steven Eisner; Case no. 0101-0001240-2007** | **Breach of contract and guaranty** | **Circuit Court for Baltimore City** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9.  Payments related to debt counseling or bankruptcy

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mehlman, Greenblatt & Hare, LLC**<br>**723 South Charles Street, Suite LL3**<br>**Baltimore, MD 21230** | **3/20/07** | **$4,299** |
| **Marc E. Shach, Esquire**<br>**14201 Quail Creek Way, Apt. 102**<br>**Sparks, MD 21152** | **approximately January, 2007** | **Paid hourly fees for consultation relating to Sara Eisner's financial issues; paid no more than $1,000.** |

### 10.  Other transfers

None  ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Camillo and Kristin Ann Melchiorre**<br>**207 Longwood Road**<br>**Baltimore, MD 21210**<br>    None | **6/17/07** | **Sold 207 Longwood Road for $931,000; After payment of costs and expenses of sale, $269,833.30 was paid to CitiMortgage, Inc.; $560,305.60 was paid to Carrollton Bank; and $12,000 was paid to Citibank; debtors received no proceeds.** |

None  ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None  ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **207 Longwood Road, Baltimore, MD 21210** | **Steven and Sara Eisner** | **09/88 - 06/07** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
        the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
        docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
        partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
        immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
        within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Eisner Communications** | | **509 S. Exeter Street Baltimore, MD 21202** | **Advertising** | **1939 through November, 2006** |
| **Eisner Petrou & Associates** | | **509 S. Exeter Street Baltimore, MD 21202** | **Public relations** | **1986 through November, 2006** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **February 21, 2008**         Signature   **/s/ Steven C. Eisner**

                                                       **Steven C. Eisner**
                                                       Debtor

Date   **February 21, 2008**         Signature   **/s/ Sara M. Eisner**

                                                       **Sara M. Eisner**
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF MARYLAND, BALTIMORE DIVISION**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Constance M. Hare - Bar No. 22512 | X /s/ Constance M. Hare - Bar No. | February 21, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**723 South Charles Street**
**Suite LL3**
**Baltimore, MD 21230**
**(410) 547-0300**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Steven C. Eisner Sara M. Eisner | X /s/ Steven C. Eisner | February 21, 2008 |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) _____ | X /s/ Sara M. Eisner | February 21, 2008 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re  **Steven C. Eisner**
     **Sara M. Eisner**
                                  Debtor(s)

Case No. _____

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **February 21, 2008** _____

**/s/ Steven C. Eisner** _____
**Steven C. Eisner**
Signature of Debtor

Date:  **February 21, 2008** _____

**/s/ Sara M. Eisner** _____
**Sara M. Eisner**
Signature of Debtor

Academy Collection for Mastercard
10965 Decatur Road
Philadelphia, PA 19154

Academy Collection Service, Inc.
P.O. Box 16119
Philadelphia, PA 19114-0119

Adelberg, Rudow, Dorf & Hendler
7 St. Paul Street, Suite 600
Baltimore, MD 21202

America Honda Finance
8601 McAlpine Park Drive
Suite 230
Charlotte, NC 28211

American Radiology Associates
P.O. Box 17513
Baltimore, MD 21297-1513

American Radiology Associates
c/o R&R Professional Recovery
P.O. Box 21575
Baltimore, MD 21282

Anthony Abbonhandolo, Ph.D.
1101 St. Paul Street, Suite 406
Baltimore, MD 21202

Arnold Milstein
2750 Broadway
San Francisco, CA 94115

Audi Financial
P.O. Box 17497
Baltimore, MD 21297-1497

Avaya
Customer Care Center
3795 Data Drive
Norcross, GA 30092

Bagby Development, LLC
1040 Hull Street, Suite 200
Baltimore, MD 21230

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

BG&E
c/o Alliance One
P.O. Box 3102
Southeastern, PA 19398-3102

Capital One
P.O. Box 70884
Charlotte, NC 28272-0884

Capital One Bank
P.O. Box 85015
Richmond, VA 23285

Carrollton Bank
P.O. Box 24129
Halethorpe, MD 21227

CBNA
1000 Technology Drive, #MS5
O Fallon, MO 63368

Choice Visa
P.O. Box 183055
Columbus, OH 43218-3055

Chubb Insurance
P.O. Box 7247-0180
Philadelphia, PA 19170

Citi
P.O. Box 6241
Sioux Falls, SD 57117

Citi AT&T Universal Card
P.O. Box 183059
Columbus, OH 43218-3059

Citibank
c/o Encore Receivable Management
P.O. Box 7000
Olathe, KS 66063-0700

Citibank, N.A.
P.O. Box 790110
Saint Louis, MO 63179-0110

Citicard
P.O. Box 183059
Columbus, OH 43218-4357

City of Baltimore
Parking Fines Division
200 Holliday Street
Baltimore, MD 21202

City of Baltimore/Director of Finance
c/o Linebarger Goggan Blair & Sampson
10 N. Calvert Street, Suiet 253
Baltimore, MD 21202

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301

Comcast Spotlight
P.O. Box 8500-52986
Philadelphia, PA 19178

Comscore Networks, Inc.
c/o D&S Ltd.
231 E. Main Street, Suite 240
Lockhart, TX 78644

Credit Management Corp.
P.O. Box 1396
Madison, CT 06443

David M. Petrou
2810 R Street, NW
Washington, DC 20007

Diane C. Bristow, Esquire
One South Street, 27th Floor
Baltimore, MD 21202

Dr. Leon Katz
6210 Park Heights Avenue
Baltimore, MD 21215

Eisner Communications, Inc.
c/o Steve Eisner
300 Kerneway
Baltimore, MD 21212

Equipment Leasing Company
c/o Marc Seldin Rosen, Esquire
26 South Street
Baltimore, MD 21202

GBMC
P.O. Box 630716
Baltimore, MD 21263-0716

GBMC
c/o Bank of America
P.O. Box 631568
Baltimore, MD 21263-1568

GW The Hatchet
2140 G Street NW
Washington, DC 20052

Harris Corp.
Broadcast Division
P.O. Box 96776
Chicago, IL 60693

HSBC Retail Services
P.O. Box 5244
Carol Stream, IL 60197

Independent Newspapers Inc.
P.O. Box 46580
Mount Clemens, MI 48046

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114-0326

Jupiter Images
c/o Metrogroup
61 Broadway, Suite 1410
New York, NY 10006

Leonard Hertzberg, MD, PA
1314 Bedford Avenue, Suite 109
Pikesville, MD 21208

M&T Bank
P.O. Box 62157
Baltimore, MD 21264-2157

M&T Bank NA
One Fountain Plaza, 4th Floor
Buffalo, NY 14203

M&T Bank, N.A.
1100 Wehrle Drive
Buffalo, NY 14221-7748

Macy's
9111 Duke Blvd.
Mason, OH 45040-8999

Mutual of Omaha
Mutual of Omaha Plaza
Omaha, NE 68175

Nordstrom FSB
P.O. Box 13589
Scottsdale, AZ 85267

O'Connor-Ravell
20 Waverly Place
Madison, NJ 07940

Paetec
c/o McCarther, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

Paul G. Gaston, Esquire
1120 19th Street, N.W., Suite 750
Washington, DC 20036

Penn Credit Corp.
P.O. Box 988
Harrisburg, PA 17108

Physicians Anes. Associates, PA
P.O. Box 64370
Baltimore, MD 21264-0437

Pitney Bowes
2225 American Drive
Neenah, WI 54956

Portfolio Recovery & Affiliates
120 Corporate Blvd., Suite 1
Norfolk, VA 23502

R&R Professional Recovery
P.O. Box 21575
Baltimore, MD 21282-1575

Robert J. Parsons, II, Esquire
6 South Calvert Street
Baltimore, MD 21202

SAKS
P.O. Box 10327
Jackson, MS 39289

Saks Fifth Avenue
12 E. 49th Street
New York, NY 10017-1028

Saks Fifth Avenue
P.O. Box 17157
Baltimore, MD 21297

Snyder, Cohen, Collyer, Hamilton & Assoc
4520 East West Highway
Suite 520
Bethesda, MD 20814

Sonitrol
P.O. Box 660777
Dallas, TX 75266

Standard Coffee
c/o AG Adjustments
740 Walt Whitman Road
Melville, NY 11747

State of Maryland
Comptroller of Maryland
Revenue Administration Division
Annapolis, MD 21411-0001

State of MD Central Collection Unit
Re: Maryland State Lottery
300 West Preston Street
Baltimore, MD 21201

State of MD Central Collection Unit
Re: Morgan State University
300 West Preston Street
Baltimore, MD 21201

Susan Grant, Ph.D.
Joppa Green, Suite 330
2324 West Joppa Road
Lutherville Timonium, MD 21093

T Mobile
c/o Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842

The Baltimore Sun
P.O. Box 1013
Baltimore, MD 21203

The Mill
451 Broadway, 5th/6th Floor
New York, NY 10013

The Mill & Beam TV
40-41 Great Marlborough Street
London W1F7JQ England

The Park School
P.O. Box 8200
Brooklandville, MD 21022

The Weather Channel Interactive
P.O. Box 101634
Atlanta, GA 30392

University Fidelity
P.O. Box 941911
Houston, TX 77094-8911

```
Verizon Maryland Inc.
P.O. Box 165018
Columbus, OH 43216-5018

Verizon South
c/o KCA Financial Services
628 North Street
P.O. Box 53
Geneva, IL 60134

WDCW-TV and WBDC-TV
c/o Weinstock, Friedman & Friedman
4 Reservoir Circle
Pikesville, MD 21208

WDMN-FM
Telesouth Communications
6311 Ridgewood Road
Jackson, MS 39211

WTTA
7622 Bald Cypress Place
Tampa, FL 33614
```